AO 456 (Rev. 5/85) Notice

# United States District Court
## *Southern District of Georgia*

SARAH FRANCES DRAYTON, ET AL.

# NOTICE

V.

MCINTOSH COUNTY, GEORGIA, ET AL.

CASE NUMBER:   CV 216-53

---

TYPE OF CASE:          ☒ **CIVIL**          ☐ **CRIMINAL**

---

☒   TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | | ROOM NO. | |
|---|---|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, Ga | | Courtroom 1 | |
| | | DATE AND TIME | 5/17/16 at 10:00 a.m. |

TYPE OF PROCEEDING

Status Conference

---

☐   TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/21/16
DATE

Kim Mixon
(BY) DEPUTY CLERK

Phone No.   912-414-7502

To   Jaime L. Crook
Jai M. Cobb
Reed N. Colfax
Robert Benton Jackson, IV
Ryan C. Downer
Anna Baldwin
John E. Bumgartner
Richard Strickland
Julie Adams Jacobs
Michelle Hirsch

GAS Rev 2/5/02