# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 2:16-cv-00053-LGW-RSB |
| | ) |
| MCINTOSH COUNTY, GEORGIA, *et al.*, | ) |
| Defendants. | ) |

### *SUPPLEMENT* TO STATE DEFENDANTS' PREVIOUSLY FILED MOTION TO EXTEND TIME TO FILE REPLY BRIEF AND TO EXCEED THE PAGE LIMITATIONS

COME NOW the State Defendants, by and through counsel, Samuel S. Olens, the Attorney General of the State of Georgia, and hereby *supplement* their motion for an extension of time to file their reply brief in support of their motion to dismiss and for leave to file a brief in excess of the page limit restrictions, showing the Court as follows:

1.

This is a supplement to the State Defendants' previously filed motion. (Doc. 62). In that motion, the State Defendants indicated that the position of the United States with respect to the motion was unknown.

2.

Unbeknownst to the undersigned, counsel for the United States sent an e-mail indicating that there was no objection to the relief requested in the motion. However, due to a computer system error, this e-mail was not received until after the State Defendants' had filed their motion.

3.

It now appears that this motion is unopposed. The State Defendants appreciate the cooperation shown by all the parties.

WHEREFORE, for the reasons stated above and in their original motion, (Doc. 62), the State Defendants respectfully request that they be given leave to file a 50-page reply brief in support of their motion to dismiss and that they be given up to and included May 16, 2016 to do so.

                Respectfully submitted,

                SAMUEL S. OLENS      551540
                Attorney General

                W. WRIGHT BANKS, JR.   036156
                Deputy Attorney General

                /s/ Julie Adams Jacobs
                JULIE ADAMS JACOBS   003595
                Senior Assistant Attorney General

/s/ Michelle J. Hirsch
MICHELLE J. HIRSCH         357198
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

JULIE ADAMS JACOBS
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 463-5989
FAX (404) 657-3239
Email: jjacobs@law.ga.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Michelle J. Hirsch
MICHELLE J. HIRSCH  357198
Assistant Attorney General
Attorney for State Defendants

Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 463-5989
FAX (404) 657-3239
E-mail: mhirsch@law.ga.gov