IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SARAH FRANCES DRAYTON; \*
CAROLYN BANKS; MELVIN BANKS \*
SR.; CEASER BANKS; NANCY \*
BANKS; LORIE BANKS on behalf of \*
herself and the ESTATE OF MELVIN \*
BANKS, JR.; MARION BANKS; \*
ROBERTA BANKS; RICHARD \*
BANKS; ELLEN BROWN; \*
CAROLYN CARTER; EARLENE \*
DAVIS; ANDREA DIXON; \*
DEBORAH DIXON; SAMUEL L. \*
DIXON; DAN GARDNER; CHERYL \*
GRANT; BOBBY GROVNER; \*
CELIA GROVNER; DAVID \*
GROVNER, SR., on behalf of himself      \* Case Number: 2:16-cv-00053
and the ESTATE OF VERNELL \*
GROVNER; DAVID GROVNER, JR.; \*
EVA GROVNER; GEORGE GROVNER; \*
IREGENE GROVNER, JR.; RALL \*
GROVNER; ANGELINA HALL; \*
REGINALD HALL; BENJAMIN \*
HALL; FLORENCE HALL; JOSEPH \*
HALL; MARGARET HALL on behalf \*
of herself and the ESTATE OF \*
CHARLES HALL; MERDEN HALL; \*
ROSEMARY HARRIS; HAROLD \*
HILLERY; JOHNNIE HILLERY; \*
BRENDA JACKSON; WALTER \*
JOHNSON; JESSE JONES; \*
TEMPERANCE JONES; SONNIE \*
JONES; HARRY LEE JORDAN; \*
BENJAMIN LEWIS, JR. on behalf of \*
himself and the ESTATE OF \*

| | |
|---|---|
| BENJAMIN LEWIS, SR.; DELORES HILLERY LEWIS; JOHNNY MATTHEWS; FRANCES MERCER; MARY DIXON PALMER; LISA MARIE SCOTT; ANDREA SPARROCK; DAVID SPARROCK; AARON WALKER; STACEY WHITE; SYVIA WILLIAMS; VALERIE WILLIAMS; HELP ORG, INC; and RACCOON HOGG, CDC, | * * * * * * * * * * * |
| Plaintiffs | * * |
| v. | * * |
| McINTOSH COUNTY, GEORGIA; STATE OF GEORGIA; GOVERNOR NATHAN DEAL, in his official capacity; GEORGIA DEPARTMENT OF NATURAL RESOURCES; GEORGIA DEPARTMENT OF NATURAL RESOURCES COMMISSIONER MARK WILLIAMS, in his official capacity; SAPELO ISLAND HERITAGE AUTHORITY; MCINTOSH COUNTY SHERIFF STEPHEN JESSUP, in his official capacity; and MCINTOSH COUNTY BOARD OF TAX ASSESSORS, | * * * * * * * * * * * * * * * * |
| Defendants | * |

## ORDER APPROVING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT C. BRETT COOK, IN HIS OFFICIAL CAPACITY[1]

The parties have filed a Stipulation of Dismissal of the following defendant:

(1)   C. Brett Cook, in his official capacity;

The Court, having reviewed the Stipulation of Dismissal, hereby approves of the parties' Stipulation.

Defendant C. Brett Cook, in his official capacity, is hereby dismissed from this action, **WITHOUT PREJUDICE.** Plaintiff and Defendant Cook shall bear their own costs with regard to this action, as it relates to this dismissal. This action shall remain pending with respect to all other defendants.

**SO ORDERED** this \_\_11\_\_ day of July, 2016.

_____
Honorable Lisa Godbey Wood
Chief Judge
United States District Court
Southern District of Georgia

---

[1]   Defendant Cook was sued only in his official capacity.