# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERKS MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:16-cv-53 | **DATE:** | 09-27-2016 |
| **TITLE:** | DRAYTON et al v. MCINTOSH COUNTY, GEORGIA et al | | |

**HONORABLE R. STAN BAKER**     **COURTROOM DEPUTY CLERK: PAM HAMMOCK**

**COURT REPORTER**:

| **TAPE NO.** | RSB-CHMB | **TIME**: | 10:00 – 11:00 | **TOTAL:** | 01:00 |
|---|---|---|---|---|---|

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR** | **DEFENDANT** |
|---|---|---|
| Jaime Crook | Anna Baldwin | United States of America, Intervenor |
| Jia Cobb | Tom Clarkson | |
| Reed Colfax | Julie Jacobs | State of Georgia, et al. |
| Robert Jackson | Michelle Hirsch | |
| | Alkesh Patel | |
| | Brittany Bolton | |
| | Richard Strickland | McIntosh County, Georgia, et al. |

**TELEPHONE SCHEDULING CONFERENCE**

- COURT ADDRESSES PARTIES' RULE 26f REPORT, (doc. 90). SCHEDULING ORDER TO FOLLOW.

- PARTIES TO CONTACT CRD UPON RESOLUTION OF MOTION TO DISMISS TO SCHEDULE A SETTLEMENT CONFERENCE WITH THE COURT.