# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERKS MINUTES - GENERAL

**CASE NO.**   2:16-cv-53                  **DATE:**   1/19/17

**TITLE:**   DRAYTON et al v. MCINTOSH COUNTY, GEORGIA et al

**HONORABLE R. STAN BAKER**      **COURTROOM DEPUTY CLERK: JAMIE BURRELL**

**COURT REPORTER:**

**TAPE NO.**   RSB-CHMB   **TIME:**   10:00 – 10:15   **TOTAL:**   00:15

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR | DEFENDANT |
|---|---|---|
| Reed Colfax | Julie Jacobs | State of Georgia, et. al. |
| | Britany Bolton Wilson | |
| | Richard Strickland | McIntosh County, Georgia, et al. |
| | Brad Watkins | |
| | | |
| | | |

## TELEPHONE STATUS CONFERENCE

• COURT ADDRESSES STATUS OF DISCOVERY