# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCINTOSH COUNTY, *et al.*, <br><br> Defendants. | Civ. No. 2:16-CV-00053-LGW-RSB |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate that Plaintiffs George Grovner and Eva Grovner voluntarily dismiss their claims against all Defendants in the above-titled action with prejudice.

Dated: April 3, 2017

Respectfully submitted,

/s/ Ryan C. Downer
Reed N. Colfax (admitted *pro hac vice*)
Ryan C. Downer (admitted *pro hac vice*)
Jia M. Cobb (admitted *pro hac vice*)
Jamie L. Crook (admitted *pro hac vice*)
RELMAN, DANE & COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
rdowner@relmanlaw.com
jcobb@relmanlaw.com
jcrook@relmanlaw.com

/s/ Richard K. Strickland
Richard K. Strickland
Bradley J. Watkins
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
jbumgartner@brbcsw.com
rstrickland@brbcsw.com
bwatkins@brbcsw.com

/s/ Robert Jackson
Robert Jackson (GA Bar #387750)
ROBERT B. JACKSON, IV, LLC
260 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
Tel: 404-313-2039
rbj4law@gmail.com

*Attorneys for Plaintiffs*

/s/ Anna M. Baldwin
Anna M. Baldwin
U.S. DEPARTMENT OF JUSTICE
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044
anna.baldwin@usdoj.gov

*Attorneys for Defendants McIntosh County, Sheriff Stephen Jessup, and McIntosh County Board of Tax Assessors*

/s/ Julie Adams Jacobs
Julie Adams Jacobs, Senior Assistant Attorney General
Michelle J. Hirsch, Assistant Attorney General
Britany H. Bolton, Assistant Attorney General
Alkesh B. Patel, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Tel: (404) 463-5989
Fax: (404) 657-3239
jjacobs@law.ga.gov
mhirsch@law.ga.gov
apatel@law.ga.gov

*Attorneys for Defendants State of Georgia, Governor Nathan Deal, Georgia Department of Natural Resources, and Georgia Department of Natural Resources Commissioner Mark Williams*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 3rd day of April, 2017, a copy of the foregoing Joint Stipulation of Voluntary Dismissal was filed on the CM/ECF system for the Southern District of Georgia, which will send notification of such filing to the following:

Richard K. Strickland
Bradley J. Watkins
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
jbumgartner@brbcsw.com
rstrickland@brbcsw.com
bwatkins@brbcsw.com

*Attorneys for Defendants McIntosh County, Sheriff Stephen Jessup, and McIntosh County Board of Tax Assessors*

Julie Adams Jacobs, Senior Assistant Attorney General
Michelle J. Hirsch, Assistant Attorney General
Britany H. Bolton, Assistant Attorney General
Alkesh B. Patel, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Tel: (404) 463-5989
Fax: (404) 657-3239
jjacobs@law.ga.gov
mhirsch@law.ga.gov
apatel@law.ga.gov

*Attorneys for Defendants State of Georgia, Governor Nathan Deal, Georgia Department of Natural Resources, and Georgia Department of Natural Resources Commissioner Mark Williams*

Tara Lyons
Assistant United States Attorney
P.O. Box 8970
Savannah, GA 31412
tara.lyons@usdoj.gov

Shannon H. Statkus
South Carolina Bar No. 70410
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
shannon.statkus@usdoj.gov

Anna M. Baldwin
U.S. DEPARTMENT OF JUSTICE
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044
anna.baldwin@usdoj.gov

Sameena Shina Majeed, Acting Chief
Katherine F. Towt, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
Housing & Civil Enforcement Section
950 Pennsylvania Avenue, NW
Northwestern Building, 7th Floor
Washington, DC 20530

/s/ Ryan C. Downer
Ryan C. Downer
*Attorney for Plaintiffs*