UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 11:35 am, Apr 05, 2017

| | |
|---|---|
| SARAH RANCES DRAYTON, et al ) | |
| ) | |
| v.      ) | CV 216-53 |
| ) | |
| MCINTOSH COUNTY, et al   ) | |

### ORDER

Plaintiffs George Grovner and Eva Grovner filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulates to the dismissal of this action against all Defendants with prejudice. Each party shall bear their own costs. The Clerk is hereby ordered to terminate Plaintiffs George Grovner and Eva Grovner from this case.

So ORDERED, this  5  day of April, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA