IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SARAH FRANCES DRAYTON, et al.,   )
                                 )
        Plaintiffs,              )
                                 )
                                 )
v.                               )   Case No. CV 216-053
                                 )
McINTOSH COUNTY, et al.,         )
                                 )
        Defendants.              )

**Order**

The above captioned case filed in the Brunswick Division of this Court currently being assigned to the undersigned,

It is HEREBY ORDERED, that this case be reassigned to the Honorable Dudley H. Bowen, Jr., for further plenary disposition.

SO ORDERED, this 21ST day of June, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA