IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SARAH FRANCES DRAYTON, et al., *
                                        *
    Plaintiffs, *
                                        *    CIVIL ACTION NO.
    vs. *    CV 216-053
                                        *
McINTOSH COUNTY, GEORGIA; STATE OF *
GEORGIA; GOVERNOR NATHAN DEAL, in *
his official capacity; GEORGIA *
DEPARTMENT OF NATURAL RESOURCES; *
GEORGIA DEPARTMENT OF NATURAL *
RESOURCES COMMISSIONER MARK *
WILLIAMS, in his official capacity;*
McINTOSH COUNTY SHERIFF STEPHEN *
JESSUP, in his official capacity; *
and McINTOSH COUNTY BOARD OF TAX *
ASSESSORS, *
                                          *
    Defendants. *

O R D E R

    Plaintiffs Carolyn Carter and Ben Lewis, Jr., on behalf of himself and the Estate of Ben Lewis, Sr., filed a Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that the claims of these two Plaintiffs against all Defendants are **DISMISSED WITH PREJUDICE.** Each party shall bear their own costs. The Clerk is directed to terminate Plaintiffs Carolyn Carter and Ben Lewis, Jr., on behalf of himself and the Estate of Ben Lewis, Sr. from this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE