UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:16-cv-53 | **DATE:** | 07-18-2017 |
| **TITLE:** | DRAYTON et al v. MCINTOSH COUNTY, GEORGIA et al | | |

**HONORABLE R. STAN BAKER**     **COURTROOM DEPUTY CLERK: JAMIE BURRELL**

**COURT REPORTER**:

| **TAPE NO.** | RSB-CHMB | **TIME**: | 10:00 – 11:30 | **TOTAL:** | 01:30 |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR** | **DEFENDANT** |
|---|---|---|
| Jaime L. Crook | Alkesh Patel | State of Georgia, et. al. |
| Jia M. Cobb | Britany Bolton | |
| Reed Colfax | Michelle Hirsch | |
| Robert Friedman | Julie Jacobs | |
| | Richard Strickland | McIntosh County, Georgia, et al. |
| | Brad Watkins | |
| | Shannon Statkus | Intervenor United States |

**TELEPHONE STATUS CONFERENCE**

- COURT ADDRESSES STATUS OF DISCOVERY TO DATE AND PARTIES' DISCOVERY DISPUTES.

- FOLLOW-UP STATUS CONFERENCE CALL TO BE SCHEDULED.