# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCINTOSH COUNTY, *et al.*, <br><br> Defendants. | Civ. No. 2:16-CV-00053-RSB-BWC |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties jointly stipulate that Plaintiffs to this action voluntarily dismiss all claims against Defendant McIntosh County Sheriff Stephen Jessup in the above-titled action with prejudice, with all parties to bear their own costs and fees.

Dated: September 28, 2018

Respectfully submitted,

/s/ Jia M. Cobb
Reed N. Colfax (admitted *pro hac vice*)
Jia M. Cobb (admitted *pro hac vice*)
RELMAN, DANE & COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
jcobb@relmanlaw.com

Robert Jackson (GA Bar #387750)
ROBERT B. JACKSON, IV, LLC
260 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
Tel: 404-313-2039
rbj4law@gmail.com

/s/ Richard K. Strickland
Richard K. Strickland
Bradley J. Watkins
Emily Rose Hancock
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
rstrickland@brbcsw.com
bwatkins@brbcsw.com
ehancock@brbcsw.com

*Attorneys for Defendants McIntosh County and Stephen Jessup*

|  |  |
|---|---|
| *Attorneys for Plaintiffs* | /s/ Julie Adams Jacobs<br>Julie Adams Jacobs, Senior Assistant Attorney General<br>Brian Edward Goldberg<br>Alkesh Patel<br>Brittany Bolton<br>OFFICE OF THE ATTORNEY GENERAL<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300<br>Tel: (404) 463-5989<br>Fax: (404) 657-3239<br>jjacobs@law.ga.gov<br>bgoldberg@law.ga.gov<br>apatel@law.ga.gov<br>bbolton@law.ga.gov<br><br>Patrick O'Connor<br>Patricia T. Paul<br>OLIVER MANER LLP<br>218 West State Street<br>Savannah, GA 31401<br>Tel: (912) 236-3311<br>pto@olivermaner.com<br>ppaul@olivermaner.com<br><br>*Attorneys for Defendants State of Georgia, Governor Nathan Deal, Georgia Department of Natural Resources, and Commissioner Mark Williams* |
| /s/ Anna M. Baldwin<br>Anna Baldwin<br>U.S. DEPARTMENT OF JUSTICE – CIVIL RIGHTS DIVISION<br>905 Pennsylvania Ave., NW<br>Washington, DC 20036<br>Tel: (202) 305-4278<br>anna.baldwin@usdoj.gov<br><br>Shannon Heath Statkus<br>Tara M. Lyons<br>U.S. ATTORNEY'S OFFICE<br>PO Box 2017<br>600 James Brown Blvd., Suite 200<br>Augusta, GA 30901<br>Tel: (706) 724-0517<br>shannon.statkus@usdoj.gov<br>tara.lyons@usdoj.gov<br><br>*Counsel for Intervenor United States* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2018, a copy of the foregoing Joint Stipulation of Voluntary Dismissal was served by email on the following counsel of record:

Richard K. Strickland
Bradley J. Watkins
Emily Rose Hancock
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
rstrickland@brbcsw.com
bwatkins@brbcsw.com
ehancock@brbcsw.com

*Attorneys for Defendants McIntosh County and Stephen Jessup*

Julie Adams Jacobs, Senior Assistant Attorney General
Brian Edward Goldberg
Alkesh Patel
Brittany Bolton
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, GA 30334-1300
Tel: (404) 463-5989
Fax: (404) 657-3239
jjacobs@law.ga.gov
bgoldberg@law.ga.gov
apatel@law.ga.gov
bbolton@law.ga.gov

Patrick O'Connor
Patricia T. Paul
OLIVER MANER LLP
218 West State Street
Savannah, GA 31401
Tel: (912) 236-3311
pto@olivermaner.com
ppaul@olivermaner.com

*Attorneys for Defendants State of Georgia, Governor Nathan Deal, Georgia Department of Natural Resources, and Commissioner Mark Williams*

Anna Baldwin
U.S. DEPARTMENT OF JUSTICE – CIVIL RIGHTS DIVISION
905 Pennsylvania Ave., NW
Washington, DC 20036
Tel: (202) 305-4278
anna.baldwin@usdoj.gov

Shannon Heath Statkus
Tara M. Lyons
U.S. ATTORNEY'S OFFICE
PO Box 2017
600 James Brown Blvd., Suite 200
Augusta, GA 30901
Tel: (706) 724-0517
shannon.statkus@usdoj.gov
tara.lyons@usdoj.gov

*Counsel for Intervenor United States*

                                                         /s/ Jia M. Cobb
                                                         Jia M. Cobb
                                                         *Attorney for Plaintiffs*