# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:16-cv-53 |
| v. | |
| MCINTOSH COUNTY, et al., | |
| Defendants. | |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following Scheduling Order in this matter. With the parties having filed a joint motion for extension of time on January 10, 2019, and upon review, the Court **GRANTS** the parties' Joint Motion to Extend Deadline for Deposing Fact Witnesses and Other Discovery Deadlines. Doc. 190.

These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

The following deadlines shall apply.

| | |
|---|---|
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | April 26, 2019 |
| POST-FACT-DISCOVERY STATUS REPORT DUE[1] | April 29, 2019 |
| POST FACT DISCOVERY STATUS CONFERENCE | May 1, 2019 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY PLAINTIFF | May 10, 2019 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | June 10, 2019 |
| LAST DAY TO SERVE REBUTTAL EXPERT WITNESS REPORTS BY A PLAINTIFF | July 1, 2019 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | September 30, 2019 |

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

2

| | |
|---|---:|
| LAST DAY FOR FILING ALL CIVIL MOTIONS,<br>INCLUDING *DAUBERT* MOTIONS, BUT<br>EXCLUDING MOTIONS IN LIMINE | November 29, 2019 |

    **SO ORDERED**, this 18th day of January, 2019.

                                              BENJAMIN W. CHEESBRO
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA