**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>MCINTOSH COUNTY, *et al.*,<br><br>    Defendants. | Civ. No. 2:16-CV-00053-RSB-BWC |

**NOTICE OF FIRM NAME CHANGE**

The Clerk of this Court will please take notice that effective January 1, 2020, the name of

the law firm of Relman, Dane & Colfax PLLC changed to Relman Colfax PLLC. The contact

information for Plaintiffs' counsel, formerly of Relman, Dane & Colfax PLLC, has changed to the

following:

Reed N. Colfax
Jia M. Cobb
Rebecca Livengood
Orly May
Angela A. Groves
RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
jcobb@relmanlaw.com
rlivengood@relmanlaw.com
omay@relmanlaw.com
agroves@relmanlaw.com

Dated: January 15, 2020


Respectfully submitted,


/s/ Jia M. Cobb
Reed N. Colfax (admitted *pro hac vice)*
Jia M. Cobb (admitted *pro hac vice*)
Rebecca Livengood (admitted *pro hac vice*)
Orly May (admitted *pro hac vice*)
Angela A. Groves (admitted *pro hac vice*)
RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
jcobb@relmanlaw.com
rlivengood@relmanlaw.com
omay@relmanlaw.com
agroves@relmanlaw.com

Robert Jackson (GA Bar #387750)
ROBERT B. JACKSON, IV, LLC
260 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
Tel: 404-313-2039
rbj4law@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2020, a copy of the foregoing Notice of

Firm Name Change was filed using the CM/ECF system for the Southern District of Georgia, which

will send notification of such filing to the following counsel of record:

Richard K. Strickland
Bradley J. Watkins
Emily Rose Hancock
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
rstrickland@brbcsw.com
bwatkins@brbcsw.com
ehancock@brbcsw.com

*Attorneys for Defendant McIntosh County*

Julie Adams Jacobs, Senior Assistant Attorney General
Brian Edward Goldberg
Alkesh Patel
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, GA 30334-1300
Tel: (404) 463-5989
Fax: (404) 657-3239
jjacobs@law.ga.gov
bgoldberg@law.ga.gov
apatel@law.ga.gov

Patrick O'Connor
Patricia T. Paul
OLIVER MANER LLP
218 West State Street
Savannah, GA 31401
Tel: (912) 236-3311
pto@olivermaner.com
ppaul@olivermaner.com

*Attorneys for Defendants State of Georgia, Governor Brian Kemp, Georgia Department of Natural Resources, Georgia Department of Natural Resources Commissioner Mark Williams, and Georgia Department of Community Affairs*

Anna M. Baldwin
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
APPELLATE SECTION
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
Tel: (202) 305-4278
anna.baldwin@usdoj.gov

Shannon Heath Statkus
U.S. ATTORNEY'S OFFICE
PO Box 2017
600 James Brown Blvd., Suite 200
Augusta, GA 30901
Tel: (706) 724-0517
shannon.statkus@usdoj.gov

*Counsel for Intervenor United States*

/s/ Jia M. Cobb
Jia M. Cobb
*Attorney for Plaintiffs*