IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SARAH FRANCES DRAYTON, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Case No. 2:16-CV-00053 |
| v. | * | |
| | * | |
| MCINTOSH COUNTY, GEORGIA, et al., | * | |
| | * | |
| Defendants | * | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
FOR EXTENSION OF TIME (Dkt. 327)**

COMES NOW McIntosh County, Georgia, and hereby notifies the Court that it consents to Plaintiffs' Motion for Extension of Time to Submit Plaintiffs' Opposition to Defendant McIntosh County's Motion for Summary Judgment and Daubert Motion.  Plaintiffs' request for extension of time appears to be a reasonable request.

This seventh day of August, 2020.

/s/Richard K. Strickland
Richard K. Strickland
Georgia Bar No. 687830

/s/Emily R. Hancock
Emily R. Hancock
Georgia Bar Number: 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
ehancock@brbcsw.com

ATTORNEYS FOR MCINTOSH COUNTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, et al., | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * Case Number: 2:16-cv-053 |
| | * |
| McINTOSH COUNTY, GEORGIA, et al., | * |
| | * |
| Defendants | * |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participant(s):

Ellen Brown
P. O. Box 810
Darien, Georgia 31305

Respectfully submitted, this seventh day of August, 2020.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar Number: 687830
rstrickland@brbcsw.com
BROWN, READDICK, BUMGARTNER
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX

**ATTORNEY FOR McINTOSH COUNTY**