IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCIS DRAYTON, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:16-cv-53 |
| v. | |
| MCINTOSH COUNTY, GEORGIA, et al., | |
| Defendants. | |

**O R D E R**

Presently before the Court is Plaintiffs and State Defendants' Joint Motion for Entry of Order of Dismissal, (doc. 351), which was filed on November 12, 2020.  Plaintiffs Shirley Grant on behalf of the Estate of Sarah Frances Drayton; Melvin Banks, Sr.; Ceaser Banks; Nancy Banks; Lorie Banks on behalf of herself and the Estate of Melvin Banks, Jr.; Marion Banks; Roberta Banks; Richard Banks on behalf of himself and the Estate of Carolyn Banks; Andrea Dixon; Deborah Dixon; Samuel L. Dixon; Dan Gardner; Cheryl Grant; Bobby Grovner; Celia Grovner; David Grovner, Sr., on behalf of himself and the Estate of Vernell Grovner; David Grovner, Jr.; Iregene Grovner, Jr.; Iregene Grovner, Sr.; Rall Grovner; Angela Hall; Angelina Hall; Reginald Hall; Benjamin Hall; Florence Hall; Margaret Hall on behalf of herself and the Estate of Charles Hall; Victoria Hall on behalf of herself and the Estate of Joseph Hall; Rosemary Harris; Dena Mae Harrison on behalf of the Estate of Harold Hillery and on behalf of the Estate of Johnnie Hillery; Brenda Jackson; Jesse Jones; Temperance Jones; Sonnie Jones; Harry Lee Jordan; Tia LeGree on behalf of the Estate of Earlene Davis; Delores Hillery Lewis; Johnny Matthews; Frances Mercer; Mary Dixon Palmer; Lisa Marie Scott; Andrea Sparrock; David Sparrock; Aaron Walker; Verdie Walker; Marcia Hall Wells; Stacey White; Sylvia Williams; Valerie Williams; Help Org, Inc.; and Raccoon Hogg, CDC (collectively, "Plaintiffs"), and Defendants the State of Georgia; Governor Brian Kemp, in his official capacity as the Governor of Georgia and the Chairperson of the Sapelo Island Heritage Authority; Georgia Department Of Natural Resources; DNR Commissioner Mark

Williams, in his official capacity; and Georgia Department of Community Affairs (collectively, the "State Defendants") have reached and executed a settlement agreement resolving all Plaintiffs' claims against the State Defendants. (See Exhibit 1, Settlement Agreement.)

Accordingly, this Court **GRANTS** the Joint Motion, (doc. 351), and as agreed by Plaintiffs and the State Defendants, dismisses Plaintiffs' claims against the State Defendants with prejudice, with Plaintiffs and the State Defendants to bear their own costs and fees; however, Plaintiffs or the State Defendants may move this Court, within three years of the Effective Date of this Order, to reopen the case to enforce the terms of the Settlement Agreement.

Nothing in this Order shall affect Plaintiffs' claims against Defendant McIntosh County, by and through its Board of Commissioners, that have been asserted in this matter.

**SO ORDERED**, this 30th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA