IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAROLYN BANKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCINTOSH COUNTY, GEORGIA, <br><br> Defendant. | CIVIL ACTION NO.: 2:16-cv-53 |

**O R D E R**

This matter comes before the Court on Audrey Grovner's ("Ms. Grovner") Consent Motion for Substitution of Plaintiff Rall Grovner. Doc. 458. Ms. Grovner states her husband, Plaintiff Rall Grovner, passed away on September 2, 2021, and she is the executrix of Plaintiff Grovner's estate. Id. at 1. Ms. Grovner moves under Federal Rule of Civil Procedure 25(a)(1) to substitute herself for Rall Grovner as a named Plaintiff in the above-captioned case. Ms. Grovner represents the County does not oppose her Motion.

Upon due consideration and for good cause shown, the Court **GRANTS** Ms. Grovner's Motion. "Audrey Grovner, as Executrix of the Estate of Rall Grovner" is hereby **SUBSTITUTED** for Plaintiff Rall Grovner, and the Court **DIRECTS** the Clerk of Court to amend the record and docket of this case to reflect this substitution.

**SO ORDERED**, this 15th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA