IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CEASER BANKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MCINTOSH COUNTY, GEORGIA,<br><br>    Defendant. | CIVIL ACTION NO.: 2:16-cv-53 |

**O R D E R**

On July 15, 2022, United States Magistrate Judge Brian K. Epps conducted a settlement conference with the parties wherein a settlement was reached in the above-captioned case. (Docs. 472, 476.) The Court understands the parties are currently working to finalize a formal settlement agreement. Therefore, the jury selection and trial that are currently set begin on July 25, 2022, are **CONTINUED** until further Order of the Court.

Additionally, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). Within sixty (60) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within sixty (60) days, the Court will *sua*

*sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 20th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA