IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCINTOSH COUNTY, GEORGIA <br><br> Defendant. | CASE No. 2:16-cv-53 |

**O R D E R**

Upon consideration of Valencia Chenelle Yarbrough and Michael Dawson's Consent Motion for Substitution for Plaintiff Valerie Dawson, (doc. 482), and for good cause shown, the Court hereby **GRANTS** the Motion.

IT IS FURTHER ORDERED that pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the Estate of Valerie Dawson, as administered by Valencia Chenelle Yarbrough and Michael Dawson, shall be substituted for Valerie Dawson. The Clerk is DIRECTED to make the appropriate notation to the record of the case.

**SO ORDERED**, this 31st day of October, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA