IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SARAH FRANCES DRAYTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MCINTOSH COUNTY, *et al.*, <br><br> Defendants. | Civ. No. 2:16-CV-00053-RSB-BWC |

**JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL**

Valencia Yarbrough and Michael Dawson, on behalf of the Estate of Plaintiff Valerie Dawson, and Defendant McIntosh County hereby move the Court to enter the attached Order of Dismissal with Prejudice. Pursuant to the Court's Order, Ms. Yarbrough and Mr. Dawson have been substituted as representatives for Mrs. Dawson's Estate. *See* Dkt. 483. Ms. Yarbrough, Mr. Dawson, and the County have executed an addendum to the settlement agreement that includes terms for the dismissal of all claims as set forth in the attached proposed Order of Dismissal.

Dated: November 8, 2022

**FOR PLAINTIFFS:**

*/s/ Reed Colfax*
Reed Colfax (admitted *pro hac vice*)
Rebecca Livengood (admitted *pro hac vice*)
Lila Miller (admitted *pro hac vice*)
Zoila Hinson (admitted *pro hac vice*)

RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
lmiller@relmanlaw.com
rlivengood@relmanlaw.com
zhinson@relmanlaw.com

Robert Jackson (GA Bar #387750)
ROBERT B. JACKSON, IV, LLC
260 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
Tel: 404-313-2039
rbj4law@gmail.com


**FOR MCINTOSH COUNTY:**

/s/ Richard Strickland
Richard Strickland
Emily Hancock
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue, Post Office Box 220
Brunswick, GA 31521-0220
Tel: (912) 264-8544
Fax: (912) 264-9667
rstrickland@brbcsw.com
ehancock@brbcsw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of November 2022, a copy of the foregoing Joint Motion for Entry of Order of Dismissal was filed using the CM/ECF system for the Southern District of Georgia, which will send notifications of such filing to all counsel of record.

      /s/ Reed N. Colfax
      Reed N. Colfax
      *Attorney for Plaintiffs*