# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CEASER BANKS, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:16-cv-53 |
| v. | |
| MCINTOSH COUNTY, GEORGIA, | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order, (doc. 480), Valencia Yarbrough and Michael Dawson, on behalf of the Estate of Plaintiff Valerie Dawson ("the Estate"), and Defendant McIntosh County ("the County") have reached and executed the settlement agreement resolving all the Estate's claims against the County.  *See* Exhibit A, Addendum to Settlement Agreement.  Accordingly, and as agreed by the Estate and the County, this Court dismisses the Estate's claims with prejudice, with the Estate and the County to each bear their own costs and fees; however, the Estate or the County may move this Court, within three years of the Effective Date of this Order, to reopen the case to enforce the terms of the Settlement Agreement.  (Doc. 480.)  As all claims have been resolved, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 17th day of November, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA