## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

SARAH FRANCES DRAYTON, *et al.*,

    Plaintiffs,

        v.

MCINTOSH COUNTY,

    Defendant.

Civ. No. 2:16-CV-00053-RSB-BWC

## SETTLEMENT ADDENDUM

1.    This Addendum is an Agreement between Valencia Yarbrough and Michael Dawson on behalf of Plaintiff the Estate of Valerie Dawson ("the Estate") and Defendant McIntosh County.

2.    Effective August 4, 2022, Plaintiffs Shirley Grant on behalf of the Estate of Sarah Frances Drayton; Ceaser Banks; Nancy Banks; Lorie Banks on behalf of herself and the Estate of Melvin Banks, Jr.; Marion Banks; Roberta Banks; Richard Banks on behalf of himself and the Estates of Carolyn Banks and Melvin Banks, Sr.; Andrea Dixon; Deborah Dixon; Samuel L. Dixon; Dan Gardner; Cheryl Grant; Bobby Grovner; Celia Grovner; David Grovner, Sr., on behalf of himself and the Estate of Vernell Grovner; David Grovner, Jr.; Iregene Grovner, Jr.; Iregene Grovner, Sr.; Audrey Grovner on behalf of the Estate of Rall Grovner; Angela Hall; Angelina Hall; Reginald Hall; Benjamin Hall; Florence Hall; Margaret Hall on behalf of herself and the Estate of Charles Hall; Victoria Hall on behalf of herself and the Estate of Joseph Hall; Rosemary Harris; Dena Mae Harrison on behalf of the estate of Harold Hillery and on behalf of the estate of Johnnie Hillery; Brenda Jackson; Jesse Jones; Temperance Jones; Sonnie Jones;

Harry Lee Jordan; Tia LeGree on behalf of the estate of Earlene Davis; Delores Hillery Lewis;

Johnny Matthews; Charlie Martin; Felicia Martin; Frances Mercer; Mary Dixon Palmer; Lisa

Marie Scott; Andrea Sparrock; David Sparrock; Aaron Walker; Verdie Walker; Marcia Hall

Wells; Stacey White; Sylvia Williams; Help Org, Inc.; and Raccoon Hogg, CDC (collectively,

"Plaintiffs"), and Defendant McIntosh County reached and executed a settlement agreement

resolving their claims against the County. *See* Exhibit A, Settlement Agreement.

      3.      This Addendum hereby incorporates and adopts the terms of the Settlement

Agreement.

      4.      For and in consideration of the agreements set forth in Exhibit A, the receipt and

sufficiency of which are hereby acknowledged, the Estate, for itself, its heirs, their executors,

administrators, successors and assigns, do hereby fully, finally and forever release and discharge

Defendant McIntosh County, and all administrators, directors, supervisors, and other officials

and employees thereof, of and from all claims, demands, actions, causes of action, suits,

damages, losses and expenses of any and every nature and description whatsoever, related to

those allegations asserted in the Action and Refund Actions, or which might have been asserted

by or on behalf of the Estate against the Defendant McIntosh County in this Action, as of the

Effective Date of this Settlement Agreement.

      5.      For and in consideration of the agreements set forth in Exhibit A, the receipt and

sufficiency of which are hereby acknowledged, the Defendant McIntosh County, for itself,

successors and assigns, does hereby fully, finally and forever release and discharge the Estate,

their heirs, executors, administrators and assigns of and from all claims, demands, actions, causes

of action, suits, damages, losses and expenses of any and every nature and description

whatsoever related to the allegations and defenses raised in the Action and Refund Actions

which might have been asserted by or on behalf of the Defendant McIntosh County against the Estate as of the Effective Date of this Settlement Agreement.

6.      Nothing in this Section shall preclude the Estate from seeking to enforce the terms in the manner provided for in this settlement agreement.

7.      Within 5 days of the Effective Date of this Settlement Agreement, the Estate shall submit a stipulation of dismissal with prejudice of the pending claims against Defendant McIntosh County. The Court shall retain jurisdiction over the Defendant McIntosh County for a period of three years after entry of the Settlement Agreement, for the purpose of enforcing or interpreting the provisions of this Settlement Agreement.

CONSENTED TO:

_Valencia C Yarbrough_
_Nov 4, 2022_
VALENCIA YARBROUGH on behalf of
THE ESTATE OF VALERIE DAWSON

DATE:

CONSENTED TO:

_Dawson_
MICHAEL DAWSON on behalf of
THE ESTATE OF VALERIE DAWSON

DATE: 11/4/22

CONSENTED TO:

MCINTOSH COUNTY

DATE: 11/7/22